**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

TYRONE LI, individually and on behalf
of all others similarly situated

         Plaintiff(s),

    vs.

WYNN RESORTS HOLDINGS, LLC

        Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:26-cv-00505

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____Mariya Weekes_____, Petitioner, respectfully represents to the Court:
    (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

Milberg, PLLC
(firm name)

with offices at _____333 SE 2nd Avenue, Suite 2000_____,
        (street address)

_____Miami_____, _____Florida_____, _____33131_____,
  (city)          (state)         (zip code)

_____(866) 252-0878_____, _____mweekes@milberg.com_____.
(area code + telephone number)    (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

_____Tyrone Li_____ to provide legal representation in connection with
    [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.      That since _____September 23, 2008_____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _____Florida_____
                                                                                          (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State Bar of Florida | September 23, 2008 | 56299 |
| Middle District of Florida | October 5, 2023 | 56299 |
| Northern District of Florida | October 6, 2023 | 56299 |
| Southern District of Florida | April 24, 2009 | 56299 |
| Eastern District of Michigan | November 20, 2024 | 56299 |
| District of Maryland | February 13, 2026 | 32052 |
| | | |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.      That Petitioner is a member of good standing in the following Bar Associations.

The State Bar of Florida.

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| April 2, 2024 | 2:23-cv-01480 | USDC Nevada | Granted |
| July 3, 2025 | 2:25-cv-00986 | USDC Nevada | Granted |
| July 14, 2025 | 2:25-cv-01123 | USDC Nevada | Granted |
| December 5, 2025 | 2:25-cv-02318 | USDC Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_Mariya Weekes_
Petitioner's signature

STATE OF _____Illinois_____ )
)
COUNTY OF _____Will_____ )

_____Mariya Weekes_____ , Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_Mariya Weekes_
Petitioner's signature

Subscribed and sworn to before me this

25th day of February , 2026 .

_____
Notary Public or Clerk of Court

OFFICIAL SEAL
MICHELLE CHRISTINE BENVENUTO
Notary Public, State of Illinois
Commission No. 1005612
My Commission Expires
March 03, 2029

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Nathan R. Ring_____ ,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____3100 W. Charleston Blvd., Suite 208_____ .
(street address)

_____Las Vegas_____ , _____Nevada_____ , _____89102_____ .
(city)                    (state)              (zip code)

_____(725) 235-9750_____ , _____nring@stranchlaw.com_____ .
(area code + telephone number)        (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Nathan R. Ring_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_Tyrone Li_
Tyrone Li (Apr 1, 2026 08:25:06 PDT)
_____
(party's signature)

Tyrone Li, Plaintiff
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_/s/ Nathan R. Ring_
_____
Designated Resident Nevada Counsel's signature

12078                           nring@stranchlaw.com
_____
Bar number                    Email address

APPROVED:

Dated: this __20th__ day of _____April_____, 20__26__ .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### MARIYA WEEKES

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on SEPTEMBER 23, 2008, is presently in good standing, and that the private and professional character of the attorney appears to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this MARCH 2, 2026.

_____

Clerk of the Supreme Court of Florida