**CAMPBELL & WILLIAMS**
Philip R. Erwin (11563)
710 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
pre@cwlawlv.com

**LATHAM & WATKINS LLP**
Serrin Turner (*pro hac vice* forthcoming)
1271 Avenue of the Americas
New York, New York 10020-4834
Telephone: (212) 906-1200
serrin.turner@lw.com

Brad Baglien (*pro hac vice* forthcoming)
555 Eleventh Street, NW
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
brad.baglien@lw.com

*Attorneys for Defendants*
*Wynn Resorts, Limited., and Wynn Resorts Holdings, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD REED, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WYNN RESORTS, LIMITED,<br><br>Defendant. | Case No. 2:26-cv-00482-APG-DJA<br><br>**DEFENDANTS' MOTION TO WITHDRAW J. COLBY WILLIAMS AS COUNSEL OF RECORD FOR DEFENDANTS** |

Pursuant to Local Rule IA 11-6(b), Defendants Wynn Resorts, Limited and Wynn Resorts Holdings, LLC respectfully moves the Court to withdraw J. Colby Williams as counsel of record for Defendants. Mr. Williams is no longer associated with the law firm Campbell & Williams. Philip R. Erwin of Campbell & Williams will continue to serve as counsel for Defendants Wynn Resorts, Limited and Wynn Resorts Holdings, LLC.

Defendants Wynn Resorts, Limited and Wynn Resorts Holdings, LLC respectfully request that the Court enter an order withdrawing Mr. Williams as counsel of record.

Dated: September 3, 2026

By: /s/ *Philip R. Erwin*
**CAMPBELL & WILLIAMS**
Philip R. Erwin (11563)
710 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
pre@cwlawlv.com

**LATHAM & WATKINS LLP**
Serrin Turner (*pro hac vice* forthcoming)
1271 Avenue of the Americas
New York, New York 10020-4834
Telephone: (212) 906-1200
serrin.turner@lw.com
Brad Baglien (*pro hac vice* forthcoming)
555 Eleventh Street, NW
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
brad.baglien@lw.com

*Attorneys for Defendants Wynn Resorts, Limited., and Wynn Resorts Holdings, LLC*

IT IS THEREFORE ORDERED that the motion to withdraw (ECF No. 60) is GRANTED. IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to REMOVE J. Colby Williams, Esq. as counsel of record in this case.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 4, 2026

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **Defendants' Motion to Withdraw J. Colby Williams as Counsel of Record for Defendants** was served on the 3rd day of September, 2026 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ *Philip R. Erwin*
An employee of Campbell & Williams